## ANDERSON *v.* SOUTH CAROLINA.

No. 984, Misc.   Decided April 7, 1969.

*Robert L. Chipley, Jr.,* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied. The request for other relief is denied.

## DAVIS *v.* UNITED STATES.

No. 1146, Misc.   Decided April 7, 1969.

*Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

PER CURIAM.

In accordance with the views expressed by the Solicitor General and upon an examination of the papers in this case, the motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.   The judgment is vacated and the case is remanded to the United States District Court for the Southern District of California for a further hearing on such evidence as the petitioner may present on the question of his right to appeal.